IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-280-1BO(3)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INDICTMENT |
| ) | |
| JAMES WILLIAMS ) | |

The Grand Jury charges that:

On or about August 25, 2017, in the Eastern District of North Carolina, the defendant, JAMES WILLIAMS, being an inmate of a prison, that is, the Federal Correctional Institution, Butner, North Carolina, knowingly possessed a prohibited object, which is defined as a weapon or an object that is designed or intended to be used as a weapon or to facilitate escape from a prison, to wit, a box cutter, in violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(3).

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

_____
FOREPERSON

7/25/18
DATE

ROBERT J. HIGDON, JR.
United States Attorney

BY: MICHAEL BREDENBERG
Special Assistant United States Attorney
Criminal Division