| U.S. Department of Justice | Request of United States Attorney for Production of |
|---|---|
| United States Attorney | Federal Prisoner In The Custody of The United States |
| Eastern District of North Carolina | Pursuant to Title 18, United States Code, Section 3621(d) |

The United States Attorney for the Eastern District of North Carolina, pursuant to 18 U.S.C. § 3621(d), does hereby request the United States Marshal for the Eastern District of North Carolina, or any other authorized officer, to produce one James Ray Williams, Reg No 06899-084.

now confined at the Tucson USP: 9300 South Wilmot Rd., Tucson, Arizona; Phone: 520-663-5000; Fax: 520-663-5024.

in the custody of the warden or the person there in charge, before the

- [X] United States District Court
- [ ] United States Grand Jury
- [ ] For Prosecution
- [ ] For Testimony

at Raleigh, North Carolina
(city) (state)

- [ ] forthwith
- [X] at 11:30 a.m., on August 27, 2018, or at any time thereafter as the

United States Attorney or a federal Judge or Magistrate may direct, so that said person may appear in accordance with law in the case

- [ ] United States of America v. James Ray Williams
  Ct. No. 5:18-CR-280-1BO

- [ ] In Re Grand Jury Proceedings No. _____

and after said person shall have appeared, to return said person to the aforementioned custody as may be directed by the United States Attorney or a federal Judge or Magistrate.

SEAL OF UNITED STATES ATTORNEY[1]/

Michael Bredenberg
Assistant United States Attorney Requesting The Production of Prisoner In Custody

Telephone Nos. (FTS): (919) 856-4530

(Commercial): (919) 856-4530

Dated this 6th day J. Frank Bradsher, AUSA, Deputy Chief OCDETF
of August, 2018. United States Attorney[2]/

---

[1]/ This request is invalid without the raised seal of the United States Attorney.

[2]/ The signature of the United States Attorney approving the request is required. A Supervisory Assistant United States Attorney delegated authority by the United States Attorney may sign for the United States Attorney provided a letter of authorization is on file with the United States Marshal of the same district as the United States Attorney.

Previous Editions Obsolete                                 FORM USA-475
                                                           MAR. 89